# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 597 |
| | : | |
| LIMITED PILOT PROGRAM FOR | : | JUDICIAL ADMINISTRATION DOCKET |
| REMOTE ACCESS TO IMAGES OF | : | |
| BRIEFS IN PACFILE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of September, 2023, pursuant to Pa.R.A.P. 125, it is hereby Ordered that remote access to images of briefs filed in the Supreme, Superior, or Commonwealth Courts, and maintained in the Pennsylvania Appellate Case Management System (PACMS), is authorized in a limited pilot program through the PACFile system as outlined below.

1. Remote access is the ability to electronically search, inspect, print, or copy these briefs without visiting the court facility where the briefs are maintained or available.

2. This pilot program is available to attorneys:

   a. who are active members of the Pennsylvania Bar, as reflected in the records of the Disciplinary Board of the Supreme Court of Pennsylvania (Board), or
   b. who are identified by the Board as an emeritus attorney performing pro bono services; and
   c. who have an active account to use the PACFile system.

3. Access is limited to images of briefs filed with the Supreme, Superior, or Commonwealth Courts, on or after the date of this Order.

4. Access is limited to images of briefs that are not otherwise deemed confidential pursuant to relevant authority, such as the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*.

5. The appellate courts shall retain control over remote access to the images of the briefs and may exclude such remote access in whole or in part.